

# CHRIS DANIEL

01-15-00493-CR

### HARRIS COUNTY DISTRICT CLERK

May 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/29/2015 3:32:02 PM
CHRISTOPHER A. PRINE
Clerk

JERALD K. GRABER
ATTORNEY OF RECORD
917 FRANKLIN, SUITE 517
HOUSTON TX 77002

Defendant's Name: RODRICK ODELL WILLIAMS

Cause No: 1373609

Court: 180TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 05/18/2015
**Sentence Imposed Date:** 05/18/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** JERALD K. GRABER

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
      District Attorney
      Appellate Division
      Harris County, Texas

      KATHLEEN POWERS (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1373609

THE STATE OF TEXAS

Rodrick ODell Williams , A/K/A/ _____

**FILED**
Chris Daniel
District Clerk

MAY 1 8 2015

Harris County, Texas

By_____
Deputy

Time: _____

180th District Court / County Criminal Court at Law No. _____

Harris County, Texas

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On ____May 18, 2015____ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

5-18-15

**Date**

Rodrick Williams

**Defendant (Printed name)**

F Graber

**Attorney (Signature)**

Jerald Graber

**Attorney (Printed name)**

08240320

**State Bar Number**

917 franklin #510

**Address**

713-224-2323

**Telephone Number**

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

**Defendant (Signature)**

Rodrick Williams

**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ____5-18-15____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___5/18/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

    ☑ employing counsel

    ☐ paying for a clerk's and court reporter's record.

    ☐ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☐ Counsel's motion to withdraw is **GRANTED** / **DENIED.**

☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**

☐ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____(attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal.

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ ___0___

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: ___May 18, 2015___

JUDGE PRESIDING,
**180** DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS

 

Cause No. 1373609

THE STATE OF TEXAS

v.

Rodrick Odell Williams Defendant

IN THE 180 DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- ☒ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- ☐ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- ☐ the defendant has waived the right of appeal.

_____
Judge

Date Signed  5-18-15

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

**FILED**
Chris Daniel
District Clerk
MAY 18 2015
Time: _____
Harris County, Texas
By_____
Deputy

_____
Defendant's Counsel

State Bar of Texas ID number: 08240320

Mailing Address: 917 Franklin #510

Telephone number: 713-224-2323

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK

9/1/2011

# APPEAL CARD

Court **180th** Due: **7·17·15** **1st**

Cause No. **1373609**

## The State of Texas
### Vs

**Rodrick ODell Williams**

Date Notice
Of Appeal: **5-18-15** **5-18-15**

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding **Catherine Evans**
Court Reporter **Kathleen Powers**
Court Reporter _____
Court Reporter _____

Attorney
on Trail **Graber, Jerald Kaplan**

Attorney
on Appeal **TBD**

Appointed_____ Hired_____

Offense **Murder**

Jury Trail: Yes **✓** No_____

Punishment
Assessed **Life**

Companion Cases
(If Known)_____

Amount of
~~Appeal Bond~~ **∅**

Appellant
Confined: Yes **✓** No_____

Date Submitted
To Appeal Section **5-19-15** **5-21-15**

Deputy Clerk **Asheelia Oliver**